IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIGARD INSURANCE COMPANY; UNIGARD SECURITY INSURANCE COMPANY, | ) ) ) ) | 2:98-cv-01712-GEB-JFM |
| Plaintiffs, | ) ) | ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| CITY OF LODI, CALIFORNIA, | ) ) | |
| Defendant. | ) ) | |

The parties filed a Joint Status Report on October 17, 2011, in which they state a settlement contingency involving this action could be eliminated and result in this action being settled, if they are provided more time to work on removing the contingency. The parties state the referenced settlement includes judgment being entered in another action and a permanent injunction being confirmed in this action. In light of the parties' representations, the Status Conference scheduled for hearing on October 31, 2011 is continued to October 29, 2012 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior; in this report the parties shall set forth the exact terms of the permanent injunction that was issued, without incorporating by reference an order issued in another action.

Dated: October 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge