IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY,<br>UNIGARD SECURITY INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF LODI, CALIFORNIA,<br><br>  Defendant.<br>_____ | 2:98-cv-01712-GEB-JFM<br><br>ORDER CONTINUING STATUS CONFERENCE |

      The Status (Pretrial Scheduling) Conference scheduled for hearing on October 29, 2012, is continued to January 14, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address the status of remediation following the meeting at the Central Valley Regional Water Control Board scheduled for October 26, 2012.

Dated: October 23, 2012

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge